Union Water, Light and Power Company, Respondent, v. Selwyn N. Blake, Appellant.— Judgment affirmed, with costs. All concurred, except Cochrane, J., dissenting, and Smith, P. J., not voting.

Silas White, Appellant, v. The New York and Ottawa Railway Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Sewell, J., dissenting.

John B. Blake v. Emma Shoemaker.— Motion denied.

William H. Brooks, Appellant, v. E. M. Brown Paper Company, Respondent. — Judgment unanimously affirmed, with costs.

Irving L. Brayman v. John P. Grant.— Motion denied.

Fulton County Gas and Electric Company v. Hudson River Telephone Company.— Motion for leave to appeal to the Court of Appeals granted, and questions certified as follows: *First.* Does it appear on the face of the complaint that it does not state facts sufficient to constitute a cause of action? *Second.* Does it appear on the face of the counterclaim set forth in paragraph numbered 17 of the defendant's amended answer (1) that said counterclaim is not of the character specified in section 501 of the Code of Civil Procedure; (2) that said counterclaim does not state facts sufficient to constitute a cause of action? *Third.* Does it appear on the face of the counterclaim set forth in paragraph numbered 18 of the defendant's amended answer (1) that said counterclaim is not of the character specified in section 501 of the Code of Civil Procedure; (2) that said counterclaim does not state facts sufficient to constitute a cause of action? *Fourth.* Is the interlocutory judgment in this case, overruling the demurrer to the plaintiff's complaint on the ground of insufficiency, the law of the case as to the sufficiency of the complaint?

Rosina Bareis Hooghkerk, Respondent, v. John F. W. Bareis and Others, Impleaded with Charles E. Rockenstyre, as Executor, etc., of Fred Bareis, Deceased, Appellant.— Judgment affirmed, with costs. All concurred, except Smith, P. J., and Sewell, J., dissenting.

Martha A. Hungerford, Appellant, v. The Village of Waverly and Others, Respondents.— Judgment affirmed, with costs. All concurred, except Smith, P. J., not voting.

Clark W. Linzey, as Administrator, etc., of Nile Linzey, Deceased, Respondent, v. American Ice Company, Appellant.— Motion granted.

In the Matter of the Election of Directors of The Manoca Temple Association. — Decision reserved until the hearing of the appeal.

In the Matter of Proving the Last Will and Testament of Harriet L. Marks, Deceased.— Ordered that the interested persons named be brought in, and that service be made upon those within the State in the manner required for the personal service of a summons, and upon those outside of the State by mailing to them a copy of said notice, which service shall be sufficient.

William J. McNeill, Respondent, v. Jules S. Bache and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Martha J. O'Malley, Individually and as Trustee of Mary K. Kaufman, under the Last Will and Testament of Isaac C. Fenton, Deceased, Respondent, v. George R. Adams and William Fenton Adams, as Executors, etc., of Emma E.

Adams, Deceased, Appellants, and Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Martha J. O'Malley, Individually and as Trustee of Mary K. Kaufman, under the Last Will and Testament of Isaac C. Fenton, Deceased. Respondent, v. George R. Adams and William Fenton Adams, as Executors, etc., of Emma E. Adams, Deceased, Appellants, and Others.— Judgment and order unanimously affirmed, with costs.

Martha J. O'Malley, Individually and as Trustee of Mary K. Kaufman, under the Last Will and Testament of Isaac C. Fenton, Deceased, Respondent, v. George R. Adams and William Fenton Adams, as Executors, etc., of Emma E. Adams, Deceased, Appellants, and Others.— Motion denied.

The People of the State of New York, Respondent, v. The City of Syracuse, Appellant.— Motion granted.

The People of the State of New York ex rel. James Smith, ex-Sheriff of the County of Erie, Relator, v. Charles H. Gaus, as Comptroller of the State of New York, and the Board of Supervisors of the County of Erie, Respondents.— Submission dismissed, without costs, on the authority of *Woodruff* v. *People* (193 N. Y. 560).

The People of the State of New York v. Natural Carbonic Gas Company.— Motion granted, unless defendant, within ten days from service upon it of copy of this order, withdraw its demurrer and serve an answer, which it is hereby permitted to do, without costs, and unless with the answer it shall serve a stipulation that the case may be tried at the May Albany Trial Term without further notice, unless otherwise directed by the justice presiding at said term. In case said demurrer be withdrawn and answer served, together with the stipulation above mentioned, motion is denied. All concurred, except Kellogg, J., dissenting. Order to be settled by Chester, J.

The People of the State of New York v. Lincoln Spring Company. The People of the State of New York v. Geysers Natural Carbonic Gas Company. The People of the State of New York v. New York Carbonic Acid Gas Company.— Motion granted, unless the defendants, within ten days from service upon them of copy of this order, withdraw their demurrer and serve an answer, which they are hereby permitted to do, without costs, and unless with the answer they shall serve a stipulation that the case may be tried at the May Albany Trial Term without further notice, unless otherwise directed by the justice presiding at said term. In case said demurrer be withdrawn and answer served, together with the stipulation above mentioned, motion is denied. All concurred, except Kellogg, J., dissenting. Order to be settled by Chester, J.

Alfred Richards, Respondent, v. Virginia Kidonner and Others, Appellants.— Motion denied.

Charles Sisson, Plaintiff, v. Carroll D. Bassett and Others, Defendants.— Motion denied.

Oakley F. Smith, Respondent, v. Schenectady Railway Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concurred.

George A. Schusler, as Administrator, etc., of Louis Schusler, Deceased, Respondent, v. The Erie Railroad Company, Appellant.— Motion denied.